# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-575-RJC
# (3:08-cr-134-RJC-DSC-6)

| | |
|---|---|
| ELVIN PASTOR FERNANDEZ-GRADIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Petitioner's Motion to Amend/Correct and Supplement Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255. See (Doc. No. 11). Petitioner filed the motion to amend after the Government filed its Response to Petitioner's original motion to vacate. Before the Court rules on the Government's Response, the Court will require the Government to submit a short brief in response to Petitioner's motion to amend, specifically addressing the additional claims Petitioner purports to raise. The Government shall file its supplemental response within 30 days of this Order.

**IT IS SO ORDERED**.

Robert J. Conrad, Jr.
United States District Judge

1